AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
MATTHEW J. ESPOSITO (State Bar No. 223445)
mje@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YI AND YI CO., LTD., a California corporation; CHUNCHAO ZHOU,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02528<br><br>[Formerly Superior Court of California, County of Los Angeles Case No. 22STCV07903]<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL TO FEDERAL COURT** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Bank of America, N.A. ("Bank of America") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Los Angeles, to the United States District Court for the Central District of California, Western Division.

Bank of America is entitled to removal pursuant to 28 U.S.C. § 1332(a), based on diversity of citizenship, as follows:

1.  Plaintiffs Yi and Yi Co. Ltd. and Chunchao Zhou ("Plaintiffs") filed a civil action in the Los Angeles County Superior Court on March 4, 2022, entitled *Yi and Yi Co. LTD., a*

*California corporation; Chunchao Zhou v. Bank of America, N.A.*, case number 22STCV07903 (the "State Court Action"). Plaintiffs served Bank of America with summons in the State Court Action on March 15, 2022. Plaintiffs asserts three claims in the State Court Action against Bank of America: (1) conversion; (2) negligence under Commercial Code section 3103; and (3) negligence under Commercial Code section 3405. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon or by Bank of America in the State Court Action are attached hereto as **Exhibit 1**.

2. This notice of removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a) because it is filed within 30 days of March 15, 2022, when Plaintiff served Bank of America with the Summons and Complaint.

3. This Court has subject matter jurisdiction over this action and all claims asserted against Bank of America pursuant to 28 U.S.C. § 1332(a), and removal is proper pursuant to 28 U.S.C. § 1441.

4. Venue in this Court is proper pursuant to 28 U.S.C. §§ 84(c) and 1441(a) because the United States District Court for the Central District of California is the federal judicial district and division embracing the Superior Court of California for the County of Los Angeles, where the State Court Action was filed.

5. Pursuant to 28 U.S.C. §§ 1446(d), Bank of America is filing this notice of removal with this Court, serving a copy of this notice upon Plaintiff, and filing a copy in the Superior Court of California for the County of Los Angeles.

6. There are no other defendants named in the Complaint. *See* Exhibit 1. Accordingly, no other defendants are required to join the notice of removal.

**Diversity of Citizenship**

7. This Court has jurisdiction of this case under 28 U.S.C. § 1332 and it is an action that may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and involves an amount in controversy that exceeds the sum or value of $75,000, exclusive of costs and interest.

8. Plaintiff Yi and Yi Co. Ltd. is and was at all time relevant a corporation organized

under the laws of California with its principal place of business in Los Angeles, California. *See* Complaint ¶ 1. Accordingly, Plaintiff Yi and Yi Co. Ltd. is a citizen of the State of California.

9. Plaintiff Chunchao Zhou is and was at all times relevant an individual residing in the County of Los Angeles, California. *See* Complaint ¶ 2. Accordingly, Plaintiff Chunchao Zhou is a citizen of the State of California.

10. Defendant Bank of America, N.A. is and at all times relevant was a citizen of the state of North Carolina, with its main office in North Carolina, as established by its articles of association. *See* **Exhibit 2** (Articles of Association; FDIC BankFind Search Detail).

11. There are no other defendants named in the Complaint. *See* **Exhibit 1** (Complaint).

12. Accordingly, the citizenship of the parties to this action is completely diverse.

**Amount in Controversy**

13. For diversity jurisdiction to exist, the amount in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

14. Plaintiffs seek in excess of $75,000.00 in this action. The Complaint seeks to recover in excess of $86,491.60, which is Plaintiffs' present estimate of their suffered losses as a result of the alleged conduct, as well as prejudgment interest and punitive damages. *See* **Exhibit 1** (Complaint Prayer ¶¶ 1-3). Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. § 1332(a).

WHEREFORE, Bank of America hereby removes Los Angeles County Superior Court Case No. 22STCV07903 to the United States District Court, Central District of California. Bank of America prays that this Court assumes jurisdiction over the action and determine it on the merits.

DATED: April 14, 2022

SEVERSON & WERSON
A Professional Corporation

By: _/s/ Austin B. Kenney_
　　　AUSTIN B. KENNEY

Attorneys for Defendant
BANK OF AMERICA, N.A.