JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| YI AND YI CO., LTD., a California corporation; CHUNCHAO ZHOU,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.  2:22-cv-02528-DSF-SK<br>Assigned to: Hon. Dale S. Fischer<br>First St. Courthouse, Crtrm. 7D<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' Stipulation of Dismissal, all claims asserted against Defendant Bank of America, N.A. in Civil Action No: 2:22-cv-02528-DSF-SK, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 16th day of May, 2023.

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE